I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/22/09

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ARRANT,<br><br>　　　　Petitioner,<br><br>vs.<br><br>A. HEDGPETH,<br><br>　　　　Respondent. | Case No. EDCV 08-1649-JVS (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6.18.09

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE